# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| IN RE:<br><br>KERMIT TY POULSON, | CV-17-mc-00012-M-DLC-JCL<br><br>ORDER |

Plaintiff Kermit Poulson began filing lawsuits in this Court in 2008 and has been a party to at least 17 lawsuits since that time. The Court is currently concerned with Poulson's interactions with the staff in the Clerk of Court's Office. There is little authority addressing the Court's authority to limit a litigant's interactions with the Clerk of Court's Office but such an order does not implicate the constitutional rights of access to the court like a vexatious litigant pre-filing order.

The Court has been advised that during the last week, Poulson has visited, telephoned, and e-mailed the Clerk of Court's Office on numerous occasions dominating the Clerk's Office staff's time and materials. Moreover, Poulson's communications with the staff have been harassing, threatening, accusatory, intimidating, and profane.

1

Accordingly, the Court issues the following:

**ORDER**

1. Poulson shall not telephone or e-mail the Clerk's Office of the District Court for the District of Montana. All correspondence with the Clerk's Office must be done in writing. If Poulson has good cause to telephone the Clerk of Court's Office, he may seek an amendment to this order by filing a motion with this Court.

2. Poulson will no longer be allowed to physically enter the Clerk of Court's Office at the Russell Smith Courthouse in Missoula, Montana. He may present all filings to the Court Security Officers at the entry of the building. The Court Security Officers will immediately bring all documents submitted by Poulson to the Clerk of Court's Office for processing. In order to obtain a file stamped copy of any documents filed with the Clerk of Court, Poulson must provided a self-addressed stamped envelope with a copy of the filing (or first page thereof) to be file stamped. Alternatively, the Clerk of Court shall e-mail copies of any filed document to Poulson.

DATED this 7th day of November, 2017.

                                            */s/ Jeremiah C. Lynch*
                                            Jeremiah C. Lynch
                                            United States Magistrate Judge